FILED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEROY SAMUELS, | NO. CV 07-1456 PSG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: ___8/25___, 2009.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE